RECEIVED
DEC 07 2015
BY MAIL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# _____ DIVISION

Rochell Olson

(Enter above the full name of the Plaintiff[s] in this action.)

- vs -

Bobby E. Tsum
Angela Nolan
Sherry Hyatt

Case No. _____
(To be assigned by Clerk of District Court)

(Enter above the full name of ALL Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.

## COMPLAINT

I. State the grounds for filing this case is Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them): I need an Emergency injuction. Life still in danger after telling State Senator Lacy Clay, Gov. Jay Nixion, Health and Human Services Commission on Human Rights, Dept of Justice and nothing done. Going through 7 years

II.   Plaintiff, __Rochell Isom__ resides at
__P.O. Box 5852, St Louis, Berkeley__
street address / city / county
__MO__, __63134__, __(314) 997-9836__
state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III.   Defendant, __Bobby E. Isom__ lives at, or its business is located at
__2619 1/2 Madison St. Louis__,
street address / city / county
__MO__, __63102__
state / zip code

(if more than one defendant, provide the same information for each defendant below)

Angela Nolan
St Louis Public Library
1301 Olive
St. Louis, MO 63103

Sherry Hyatt
10613 Lookaway Dr.
St Louis MO 63137

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

I need an emergency injuction because x husband and mistress are determined to get paid off my life. I've been going throug this situation since he left me for her 12/08. Followed everywhere I move. Being stalked, poisoned, friends used to help them accomplish their goal for gain. I had pancreatis, bladder infection and now have glacoma because someone was allowed to come into my apt. at 10605 Lookaway Dr. and hit me in my eye while sleep on meds causing me to have optic nerve damage in my right eye. Now Can't allow this circus act for money to continue. Neeed relief. Now I'm wrongly evicted and at a Domestic violence shelter.

Rechell

V. Relief: State briefly and exactly what you want the Court to do for you.

I want the court to decide money damages and relief it thinks I'm due for all the trouble I have gone through at their hands. $500,000

VI. **MONEY DAMAGES:**

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [X]    NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

$500,000 because health is also affected. Glaucoma near blindness in right eye.

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [X]    NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5 day of Dec., 20 15

_Rochell Olson_
Signature of Plaintiff(s)

4